1
2
3
4
5
6                          UNITED STATES DISTRICT COURT

7                            EASTERN DISTRICT OF CALIFORNIA

8
   ROBERT GRIFFIN,                              CASE NO.    1:10-cv-297-MJS (PC)
9
                     Plaintiff,                 ORDER DISMISSING CASE BASED ON
10                                              PLAINTIFF'S RESPONSE TO ORDER TO
         v.                                     SHOW CAUSE
11
   KERN MEDICAL CENTER, et al.,                 (ECF No. 9)
12
                     Defendants.
13
                                          /
14

15         Plaintiff Robert Griffin ("Plaintiff") is a state prisoner proceeding pro se and in forma

16 pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has consented to

17 the jurisdiction of the Magistrate Judge in this case.

18         On June 14, 2010, the Court notified Plaintiff that it appeared he had filed the same

19 action twice, once  as 1:09-cv-1782-AWI-MJS (PC) and then again as 1:10-cv-297-MJS

20 (PC).  The Court ordered Plaintiff to elect which case he desired to pursue.  In response,

21 Plaintiff indicated that he wished to pursue case number 1:09-cv-1782-AWI-MJS (PC).

22         Accordingly, the above-captioned action is DISMISSED without prejudice.  The

23 Clerk is ordered to close the case.

24 IT IS SO ORDERED.

25 Dated:    July 13, 2010                 /s/ *Michael J. Seng*
                                           UNITED STATES MAGISTRATE JUDGE
26

27

28